FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 12 PM 4:25
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALJANON ALVIN, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV417-206 |
| CPL VEAL and SAVANNAH CHATHAM METROPOLITAN POLICE DEPARTMENT, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which no objections have been filed. After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion to Dismiss Defendant Savannah Chatham Metro Police Department ("SCMPD") (Doc. 15) is **GRANTED** and Defendant SCMPD is **DISMISSED** from this action.

SO ORDERED this 12th day of July 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA