IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALJANON ALVIN,

    Plaintiff,

v.                             CASE NO. CV417-206

CORPORAL RANDY VEAL,

    Defendant.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 63), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant Corporal Randy Veal's Motion for Summary Judgment (Doc. 53) is **GRANTED IN PART** and **DENIED IN PART**. Accordingly, Plaintiff's Fourth Amendment excessive force claim against Defendant Veal in his individual capacity remains pending.

SO ORDERED this 3rd day of March 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA